IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.     11-cv-02549-WYD-KLM

CLARK WILSON,

　　　Plaintiff,

v.

COLORADO SPRINGS PHILHARMONIC ORCHESTRA,

　　　Defendant.

---

## ORDER OF RECUSAL

---

This matter is before me on a review of the file.   On November 2, 2011, Ms. Janet Savage was added as counsel for the Defendant via the Waiver of Service (ECF No. 6).   Due to the fact that Ms. Savage is a former professional colleague of mine as well as a personal friend, I believe it would be inappropriate for me to preside over this case.   Accordingly, I find that I should recuse myself from the case.   It is therefore

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

Dated:   November 4, 2011

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge