**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Civil Action Number 11-cv-02549-RPM

CLARK WILSON,

    Plaintiff,

v.

COLORADO SPRINGS PHILHARMONIC ORCHESTRA,

    Defendant.
_____

**ORDER VACATING ORDER OF REFERENCE TO MAGISTRATE JUDGE**
_____

    The Order of Reference to Magistrate Judge Kristin L. Mix entered September 30, 2011 [2] and the scheduling conference set for January 26, 2012 are vacated.

    DATED: November 7th, 2011

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior District Judge