IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-02549-RPM-KLM

Clark Wilson,

    Plaintiff,

v.

Colorado Springs Philharmonic Orchestra,

    Defendant.

---

**ORDER GRANTING THE DEPOSITION OF LAWRENCE SMITH TO BE TAKEN PRIOR TO THE F.R.C.P. 26(f) CONFERENCE**

---

This matter comes before the Court on the Parties' Stipulated Motion to Take the Deposition of Lawrence Smith Prior to the F.R.C.P. 26(f) Conference. After careful review of the Stipulation and file, the Court has concluded that the Stipulation should be approved and that Lawrence Smith's deposition may be taken prior to the F.R.C.P. 26(f) conference.

**THEREFORE IT IS ORDERED** as follows:

1. That the **Stipulated Motion to Take the Deposition of Lawrence Smith Prior to the F.R.C.P. 26(f) Conference** is **APPROVED**.

**IT IS SO ORDERED this 7th day of November, 2011.**

                                                    s/Richard P. Matsch
                                                    Richard P. Matsch, Senior District Judge