**IN THE UNITED STATES DISTRICT COURT**
**FORT THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02549-RPM

**CLARK WILSON,**

Plaintiff,

v.

**COLORADO SPRINGS PHILHARMONIC ORCHESTRA,**

Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

This matter comes before the Court on the Parties' **Stipulation of Dismissal with Prejudice**, filed June 3, 2013.  After careful review of the Stipulation and file, the Court has concluded that the Stipulation should be approved and that this action should be dismissed with prejudice.  **THEREFORE IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal with Prejudice,** filed June 3, 2013, is **APPROVED**; and

2. That this action **IS DISMISSED WITH PREJUDICE** with the Parties to pay their own attorney fees and costs; and

3. All pending motions are denied as moot, and all scheduled Court dates and other deadlines are vacated as moot.

**IT IS SO ORDERED this 4th day of June, 2013.**

                                                **BY THE COURT:**

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior District Judge